GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA GAMBLE,<br><br>            Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.:  C-09-00870 PVT<br><br>[PROPOSED] ORDER REGARDING REMAND TO STATE COURT<br><br><br>Complaint Filed:  December 31, 2008 |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED:

1. The above captioned matter is remanded to Monterey County Superior Court; and
2. The Clerk of the Court shall return the file to the Monterey Superior Court and shall close this court's file.

DATED:  3/20/09

_____
UNITED STATES MAGISTRATE JUDGE
PATRICIA V. TRUMBULL

GCT01\457591

-1-

[PROPOSED] ORDER RE: REMAND TO STATE COURT – Case No.: C-09-00870 PVT

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350